JULIA A. OLSON (Cal. Bar # 192642)
Wild Earth Advocates
2985 Adams Street
Eugene, Oregon 97405
541-344-7066
541-344-7061 (fax)
email: jaoearth@aol.com

PETER M.K. FROST (Oregon Bar # 91184) applicant *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
541-485-2471
541-485-2457 (fax)
e-mail: frost@westernlaw.org

Counsel for Plaintiffs



FILED

AUG 23 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation; WILDERNESS WATCH, a non-profit corporation; LAUREL AMES, an individual and ANN MCCAMPBELL, an individual, <br><br> Plaintiffs, <br> v. <br> JACK TROYER, in his official capacity; USDA FOREST SERVICE; GARY SCHIFF, in his official capacity, <br><br> Defendants. | Case No.:2:05-CV-01633-FCD-KJM <br><br> ORDER GRANTING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER <br><br> Hon. Frank C. Damrell, Jr. |

On August 23, 2005, a hearing was held on Plaintiffs' Motion for a Temporary Restraining Order and a Preliminary Injunction. The Court has considered the pleadings and arguments presented on this matter, and the evidence and objections thereto, and has heard oral argument. The Court hereby rules that there is a basis for a Temporary Restraining Order as requested by Plaintiffs, and, with good cause appearing:

Order, 05-CV-01633-FCD-KJM                                                                                1

IT IS HEREBY ORDERED that from the date and time of entry of this Order, Defendants United States Forest Service, and each of them, and their respective agents, partners, employees, contractors, assignees, successors, representatives, and all persons acting under authority from, in concert with, or for them in any capacity, including in a volunteer capacity, are enjoined from allowing to be conducted or conducting any component of the Silver King Creek Paiute Cutthroat Trout Recovery Project, including specifically any application of rotenone formulations and potassium permanganate to Silver King Creek, its tributaries and backwaters, and Tamarack Lake, in the Carson-Iceberg Wilderness in California;

IT IS FURTHER ORDERED that pursuant to LR 65-231(c)(7), Plaintiffs shall file an opening brief in support of their motion for a preliminary injunction on August 26, 2005 by 4:00 p.m.; Defendants shall file their opposition on August 29, 2005 by 12:00 noon; and Plaintiffs shall file their reply on August 29, 2005 by 5:00 p.m., and this Court will consider the motion and opposition thereto at a hearing to be held on August 30, 2005 at 10:00 a.m.;

IT IS FURTHER ORDERED that Defendants have the right to apply for modification or dissolution of this ORDER with two court days' notice by personal service or other means approved by this Court;

IT IS SO ORDERED.

Date: August 23, 2005.  Time: 3:10 p.m.

_____
Hon. Frank C. Damrell, Jr.
UNITED STATES DISTRICT COURT