IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation; WILDERNESS WATCH, a non-profit corporation; LAUREL AMES, an individual and ANN MCCAMPBELL, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>JACK TROYER, in his official capacity; USDA FOREST SERVICE; GARY SCHIFF, in his official capacity<br><br>    Defendants. | Case No. :2:05-CV-1633-FCD-KJM<br><br>**ORDER** |

For good cause shown in Defendants' Motion For Extension of Time In Which To File the Joint Status Report, the time in which to file the Joint Status Report is hereby extended by one week until **October 18, 2005**.

The Status Conference will be held as scheduled on October 21, 2005 at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 12, 2005         /s/ Frank C. Damrell Jr.
                                Frank C. Damrell, Jr.
                                UNITED STATES DISTRICT JUDGE