JULIA A. OLSON  (Cal. Bar # 192642)
Wild Earth Advocates
2985 Adams Street
Eugene, Oregon 97405
541-344-7066
541-344-7061 (fax)
email: jaoearth@aol.com

PETER M.K. FROST (Oregon Bar # 91184), *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon  97401
541-485-2471
541-485-2457 (fax)
e-mail: frost@westernlaw.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation; WILDERNESS WATCH, a non-profit corporation; LAUREL AMES, an individual and ANN MCCAMPBELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JACK TROYER, in his official capacity; USDA FOREST SERVICE; GARY SCHIFF, in his official capacity,<br><br>Defendants. | Case No.:2:05-CV-01633-FCD-KJM<br><br>PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME, and  ORDER<br><br>"AS MODIFIED" |

Plaintiffs Californians for Alternatives to Toxics et al. have conferred with Defendants Jack Troyer et al., and attest that the parties are in good faith pursuing the prospect of settlement in this case.  Accordingly, Plaintiffs hereby file this unopposed motion for an extension of time to file any response to Defendants' motion to dismiss, and to vacate the current date for oral argument on that motion, and if this case does not settle, respectfully request that this Court enter an order adopting the following schedule for resolving Defendants' motion for dismissal:

///

Parties' Stipulation Re: Extension of Time, and Order, 1:05-CV-01633-FCD-KJM

    Plaintiffs shall file their response to Defendants' motion to dismiss on or before December 14, 2005;

    Defendants shall file their reply on or before December 21, 2005;

    This Court shall hear oral argument on the motion in January 13, 2006 at 10:00 a.m.

Dated: November 15, 2005.          Respectfully submitted,

                                                   /s/ Peter M.K. Frost
                                                   Peter M.K. Frost, *pro hac vice*
                                                   Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: November 17, 2005.          /s/ Frank C. Damrell Jr.
                                                   Frank C. Damrell, Jr.
                                                   United States District Court