JULIA A. OLSON  (Cal. Bar # 192642)
Wild Earth Advocates
2985 Adams Street
Eugene, Oregon 97405
541-344-7066
541-344-7061 (fax)
email: jaoearth@aol.com

PETER M.K. FROST (Oregon Bar # 91184), *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon  97401
541-485-2471
541-485-2457 (fax)
e-mail: frost@westernlaw.org

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation; WILDERNESS WATCH, a non-profit corporation; LAUREL AMES, an individual and ANN MCCAMPBELL, an individual, <br><br>　　　　Plaintiffs, <br><br>　　　　v. <br><br>JACK TROYER, in his official capacity; USDA FOREST SERVICE; GARY SCHIFF, in his official capacity, <br><br>　　　　Defendants. | Case No.:2:05-CV-01633-FCD-KJM <br><br> ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME |

1    Plaintiffs Californians for Alternatives to Toxics et al. have filed a motion for an
2 extension of 9 days, through and including December 23, 2005, to file a response to the motion
3 to dismiss of Defendants Jack Troyer et al.  Defendants do not oppose the motion, as long as they
4 are granted an extension of time through and including January 10, 2006, to file their reply.
5 Having considered the motion and for good cause shown, the motion is hereby GRANTED.
6    Plaintiffs' response is due December 23, 2005.  Defendants' Reply is due January 10,
7 2006.  This Court shall hear oral arguments on the motion on January 27, 2006, at 10:00 a.m.

9 IT IS SO ORDERED.

11 Dated: December 15, 2005.

/s/ Frank C. Damrell Jr.
Frank C. Damrell, Jr.
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Plaintiffs' Unopposed Motion for an Extension of Time, 1:05-CV-01633-FCD-KJM    1