1  JULIA A. OLSON  (Cal. Bar # 192642)
   Wild Earth Advocates
2  2985 Adams Street
   Eugene, Oregon 97405
3  541-344-7066
   541-344-7061 (fax)
4  email: jaoearth@aol.com

5  PETER M.K. FROST (Oregon Bar # 91184), *pro hac vice*
   Western Environmental Law Center
6  1216 Lincoln Street
   Eugene, Oregon  97401
7  541-485-2471
   541-485-2457 (fax)
8  e-mail: frost@westernlaw.org

9  Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation; WILDERNESS WATCH, a non-profit corporation; LAUREL AMES, an individual and ANN MCCAMPBELL, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>JACK TROYER, in his official capacity; USDA FOREST SERVICE; GARY SCHIFF, in his official capacity,<br><br>    Defendants. | Case No.:2:05-CV-01633-FCD-KJM<br><br>PARTIES' STIPULATION RE: HEARING DATE, and ORDER |

1  Plaintiffs Californians for Alternatives to Toxics et al. and Defendants Jack Troyer et al.
2  hereby stipulate to and respectfully request that the court enter an order that vacates its order
3  setting the current hearing date of January 27, 2006, for arguments on Defendants' Motion to
4  Dismiss, and re-sets those arguments for February 24, 2006.  Counsel further respectfully request
5  that the court allow both of them to participate telephonically in the argument, as Plaintiffs'
6  counsel will be in New York on that date, and Defendants' counsel resides in Washington, D.C.

   Dated: January 18, 2006.            Respectfully submitted,


                                       /s/ Peter M.K. Frost
                                       Peter M.K. Frost
                                       Julia A. Olson

                                       Attorney for Plaintiffs


                                       /s/ Benjamin Longstreth
                                       Benjamin Longstreth

                                       Attorney for Defendants


PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


   Date: January 18, 2006.            /s/ Frank C. Damrell Jr.
                                       Frank C. Damrell, Jr.
                                       UNITED STATES DISTRICT JUDGE