JULIA A. OLSON  (Cal. Bar # 192642)
Wild Earth Advocates
2985 Adams Street
Eugene, Oregon 97405
541-344-7066
541-344-7061 (fax)
email: jaoearth@aol.com

PETER M.K. FROST (Oregon Bar # 91184), *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon  97401
541-485-2471
541-485-2457 (fax)
e-mail: frost@westernlaw.org

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation; WILDERNESS WATCH, a non-profit corporation; LAUREL AMES, an individual and ANN McCAMPBELL, an individual, <br><br>　　　　Plaintiffs, <br><br>　　　　v. <br><br>JACK TROYER, in his official capacity; USDA FOREST SERVICE; GARY SCHIFF, in his official capacity, <br><br>　　　　Defendants. | Case No.:2:05-CV-01633-FCD-KJM <br><br> PARTIES' STIPULATION RE: HEARING DATE and EXTENSION OF TIME TO FILE REPLY BRIEF, and ORDER |

Plaintiffs Californians for Alternatives to Toxics et al. and Defendants Jack Troyer et al. hereby stipulate to and respectfully request that the court enter an order that vacates its order setting a hearing date of July 21, 2006, for arguments on Plaintiffs' Motion for Attorneys' Fees, Costs, and Other Expenses, and re-sets the hearing for August 18, 2006 at 10:00 a.m.

Counsel further respectfully request that the court enter an order extending the deadline for Plaintiffs to file their reply brief, up to and including July 14, 2006.

Dated: June 28, 2006.                Respectfully submitted,

/s/ Peter M.K. Frost
Peter M.K. Frost
Julia A. Olson

Attorneys for Plaintiffs


/s/ Benjamin Longstreth
Benjamin Longstreth

Attorney for Defendants


IT IS SO ORDERED.

Date: June 29, 2006.            /s/ Frank C. Damrell Jr.
                                Frank C. Damrell, Jr.
                                UNITED STATES DISTRICT JUDGE