JULIA A. OLSON  (Cal. Bar # 192642)
Wild Earth Advocates
2985 Adams Street
Eugene, Oregon 97405
541-344-7066
541-344-7061 (fax)
email: jaoearth@aol.com

PETER M.K. FROST (Oregon Bar # 91184), *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon  97401
541-485-2471
541-485-2457 (fax)
e-mail: frost@westernlaw.org

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation; WILDERNESS WATCH, a non-profit corporation; LAUREL AMES, an individual and ANN MCCAMPBELL, an individual,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>JACK TROYER, in his official capacity; USDA FOREST SERVICE; GARY SCHIFF, in his official capacity,<br><br>　　　　Defendants. | Case No.:2:05-CV-01633-FCD-KJM<br><br>PARTIES' STIPULATION RE: REPLY BRIEF FILING DATE, and ORDER |

　　　　Plaintiffs Californians for Alternatives to Toxics et al. and Defendants Jack Troyer et al. hereby stipulate to and respectfully request that the court re-set the deadline for Plaintiffs to file their reply brief to support their motion for attorneys' fees up to an including August 4, 2006.

　　　　(This request will does not change the current hearing date of August 18, 2006, and will require the filing of the reply brief fully two weeks before the hearing.)

///

///

Parties' Stipulation Re: Reply Brief Filing Date, and Order, 2:05-CV-01633-FCD-KJM

1 | Dated: July 12, 2006.    Respectfully submitted,

3 | /s/ Peter M.K. Frost
Peter M.K. Frost
4 | Julia A. Olson

5 | Attorney for Plaintiffs

7 | /s/ Benjamin Longstreth
Benjamin Longstreth

8 | Attorney for Defendants

11 | IT IS SO ORDERED.

12 | Dated: July 13, 2006.    /s/ Frank C. Damrell Jr.
13 | Frank C. Damrell, Jr.
UNITED STATES DISTRICT JUDGE